IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY, ) | |
| ) | Case No.: 20-cv-4608 |
| ) | |
| ) | Judge  Manish S. Shah |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON ) | |
| SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff POW! ENTERTAINMENT, LLC, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A.  Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 27 | dandelion trade |
| 31 | Dylan's cabin |
| 56 | Moohue |
| 62 | RENZHI TECH |
| 63 | RuiYixin TECH |
| 67 | Shenzhen Huamei World Trading Co., Ltd. |
| 76 | Vanton inc |
| 90 | youbiya trade |
| 103 | nuoying |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

              Respectfully submitted,

Dated:  September 29, 2020   By: s/Michael A. Hierl\_
                Michael A. Hierl (Bar No. 3128021)
                William B. Kalbac (Bar No. 6301771)
                Hughes Socol Piers Resnick & Dym, Ltd.
                Three First National Plaza
                70 W. Madison Street, Suite 4000
                Chicago, Illinois 60602
                (312) 580-0100 Telephone
                mhierl@hsplegal.com

                Attorneys for Plaintiff
                Pow! Entertainment, LLC

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 29, 2020.

                                                                                                                                                                       s/Michael A. Hierl