IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | |
|---|---|
| ART ASK AGENCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-04608 |
| ) | |
| TINASDREAM2017, et al. ) | |
| ) | |
| Defendants. ) | Hon. Manish S. Shah |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD

COME NOW Defendants tinasdream2017, flowlight2018, serve4u*2018, weareyoung_2018, autoqueen2019, mlgbauto2019, carsoul2019, first-class2019, autoparadise2019, and oursunshine2019 (hereinafter "Moving Defendants"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully move this Court for an extension of time to answer or otherwise plead, showing the Court as follows:

1. Plaintiff filed its Complaint on July 10, 2020. [ECF No. 1]

2. The Court's docket indicates that responsive pleadings were due October 1, 2020.

3. The undersigned was hired by Moving Defendants on November 9, 2020. The undersigned counsel sent an email on that date to counsel for Plaintiff to a) initiate settlement discussions; and b) seek agreement for a 21-day extension of time for these Defendants to answer or otherwise plead to permit the parties time to determine whether a settlement can be reached.

4. Attorney Hierl, counsel for Plaintiff, responded to that email and indicated that he has no objection to a 21-day extension for these defendants so long as there is no

intention by the Moving Defendants to negatively affect the entry of default against any other non-moving Defendants in this case. That is not the intention of the Moving Defendants. They seek relief only on behalf of the Defendants listed herein.

5. Defendants respectfully request that the Court enter an Order granting this motion and extending the deadline for the Moving Defendants to answer or otherwise plead for 21 days from today's date, November 30, 2020, to permit the parties to determine whether settlement is possible, or whether the Moving Defendants will file a responsive pleading by November 30, 2020.

6. This extension of time is not being sought for the purpose of delay or frustration of the progress of this matter.

7. This extension will not unduly burden Plaintiff.

WHEREFORE, Moving Defendants respectfully request that this Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Plead and Ordering Moving Defendants to answer or otherwise plead by November 30, 2020.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
833 W. Chicago Avenue, Suite 508
Chicago, IL 60642
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com

CERTIFICATE OF SERVICE

This is to certify that on November 9, 2020, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell