IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | | |
|---|---|---|
| ART ASK AGENCY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-04608 |
| | ) | |
| STARRYMOON-LONG, et al. | ) | |
| | ) | |
| Defendants. | ) | Hon. Manish S. Shah |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD

COMES NOW Defendant starrymoon-long (hereinafter "starrymoon"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully move this Court for an extension of time to answer or otherwise plead, showing the Court as follows:

1. Plaintiff filed its Complaint on July 10, 2020. [ECF No. 1]

2. The Court's docket indicates that responsive pleadings were due October 1, 2020.

3. The parties have been engaged in settlement discussions that are ongoing. The parties had hoped to complete their negotiations prior to the default deadline. However, they require more time to conduct negotiations.

4. The undersigned counsel sent an email to Michael Hierl, counsel for Plaintiff, on November 10, 2020 proposing an agreement for a short extension of time for starrymoon to answer or otherwise plead to permit the parties time to determine whether a settlement can be reached. Attorney Hierl responded and agreed.

5. The undersigned represents other defendants in this case. On November 9, 2020, the parties agreed to an extension of time for those defendants through November 30,

2020. Those defendants filed an uncontested motion for extension of time which was granted by this Court on the same day. [ECF No. 50, 51] Defendant starrymoon respectfully requests a matching extension of time through November 30, 2020.

6. There is no intention by starrymoon in filing this motion for extension to negatively affect the entry of default against any other non-moving Defendants in this case. The relief sought in this motion is limited to starrymoon alone.

7. Defendant starrymoon respectfully requests that the Court enter an Order granting this motion and extending the deadline for it to answer or otherwise plead through November 30, 2020, to permit the parties to determine whether settlement is possible, or whether starrymoon will file a responsive pleading by that date.

8. This extension of time is not being sought for the purpose of delay or frustration of the progress of this matter.

9. This extension will not unduly burden Plaintiff.

WHEREFORE, Defendant starrymoon-long respectfully requests that this Court grant its Unopposed Motion for Extension of Time to Answer or Otherwise Plead and Ordering Defendant starrymoon-long to answer or otherwise plead by November 30, 2020.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
833 W. Chicago Avenue, Suite 508
Chicago, IL 60642
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com

<u>CERTIFICATE OF</u>
<u>SERVICE</u>

      This is to certify that on November 11, 2020, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

<u>/s/ Erin K. Russell</u>