UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Art Ask Agency, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:20-cv-04608 |
| v. | ) |
| | ) Hon. Judge Manish S. Shah |
| The Individuals, Corporations, | ) |
| Limited Liability Companies, | ) Hon. Mag. Judge Jeffrey Cummings |
| Partnerships, and | ) |
| Unincorporated Associations | ) |
| Identified on Schedule A, | ) |
| | ) |
| Defendants. | ) |

### Unopposed Motion for Extension of Time

**NOW COMES** Defendants, friday-55, careforyou123, happyeasybuy04, kissbuyonline, peoplemarketing, simitter02, worldtechon, 9gardenyardfr, gigibaobao, happyeasybuy01, zhangbaobao2013, 6godwater, shoppingsatisfied, 4seasonstores, 10happyendonline, 12colorfuldays, heavenstores, sunnyshop06, itechcool, 20yes4buy, fantasticshop2019, happy-shop09, homelovely03, 15fashionday, 2ndheaven2013, angelsupplier88, niceol, qualityzoneonline, smttrade05, universalegoods, simitter01, 3dayandnight, excellbay, joytownonline, perfectyou05, rainbowonline2012, topgoodgoods and 21gardenday ("Defendants"), by and through their undersigned counsel, and hereby moves this Court to extend the time to file a response to the Amended Complaint. In support of their motion, Defendants states as follows:

1. Plaintiff filed its Amended Complaint on August 6, 2020. [Dkt. 8].

2. Defendants were ostensibly served with process on September 10, 2020. [Dkt. 31].

3. Defendants have been substantively and quantitatively involved in settlement negotiations with Plaintiff.

4. Despite their diligence, Defendants need a short additional time to settle, or exhaust the prospect thereof and respond to Plaintiff's Amended Complaint.

5. The Court previously granted Defendans' request for an extension, and many of the original movants have been resolved. [Dkt. 56].

6. This Court may, for good cause, extend the time by which Defendants' response are due after the time has expired if Defendants failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

7. Defendants respectfully request this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Amended Complaint, if ultimately necessary, to December 23, 2020.

8. This Motion has been filed in good faith and is not interposed for purposes of delay.

9. This is the second motion for an extension of time filed by Defendants.

10. Plaintiff has indicated that it does not oppose Defendants' requested extension.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Honorable Court enter an Order:

    a) extending the date on which Defendants' response(s) to Plaintiff's Amended Complaint are due to December 23, 2020.

Dated:      December 2, 2020

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
adamu@au-llc.com
Ph: (312) 715-7312
Fax: (312) 646-2501

*Attorney for Defendants*