UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Art Ask Agency

Plaintiff,

v.

Case No.:
1:20−cv−04608

Honorable Manish S. Shah

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 7, 2020:

MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [57] is granted and the defendants listed in the motion have until 12/23/20 to respond to the complaint. Plaintiff is directed to submit a revised proposed default order with an updated schedule of defaulting defendants to proposed_order_shah@ilnd.uscourts.gov by 12/11/20. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.