UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Art Ask Agency

    Plaintiff,

v.

Case No.: 1:20−cv−04608
Honorable Manish S. Shah

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 4, 2021:

    MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion for entry of default and default judgment [45] is denied because plaintiff's revised proposed order includes defendants listed on Schedule A that plaintiff voluntarily dismissed with prejudice. See e.g., [58] and [61]. Those defendants were automatically dismissed by plaintiff under Rule 41 and will not be subject to a default judgment. Plaintiff has leave to file a new motion for default and default judgment by 1/12/21, but if plaintiff again submits a proposed order that misrepresents the list of defaulting defendants, this case will be dismissed with prejudiced and the preliminary injunction vacated as a sanction. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.