# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY, ) | |
| ) | Case No.: 20-cv-4608 |
| Plaintiff, ) | |
| ) | Judge Manish S. Shah |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SECOND AMENDED SCHEDULE A

Plaintiff ART ASK AGENCY (collectively "Plaintiff" or "Anne Stokes") hereby moves this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in the attached Second Amended Schedule A. Plaintiff files herewith a Memorandum of Law in support.

Respectfully submitted,

Dated: January 12, 2021

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
Attorneys for Plaintiff
ART ASK AGENCY

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 12, 2021.

/s/ Michael A. Hierl
Michael A. Hierl